| United States Bankruptcy Court<br>Northern District of Ohio | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buckingham SRC, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**SRC Worldwide** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**30-0655096** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**3425 Service Road**<br>**Cleveland, OH 44111** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**Cuyahoga County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
Form of Organization
(Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, *check this box and state type of entity below*)

**Chapter 15 Debtors**

Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Case Business
- [ ] Single Asset Real Estate as defined 11 USC § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

Manufacturing

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee Attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-299 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| VOLUNTARY PETITION *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Buckingham SRC, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).

Signature of Attorney for Debtor(s)   --   (Date)

### Exhibit C

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be servied in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Buckingham SRC, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in the petition is true and correct.

_____
*Signature of Debtor*

_____
*Signature of Joint Debtor*

_____
*Telephone Number*

_____
*Date*

### Signature of a Foreign Respresentative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
*(Signature of Foreign Representative)*

_____
*(Printed Name of Foreign Representative)*

_____
*Date*

### Signature of Attorney*

*Signature of Attorney for Debtor(s)*

Christopher W. Peer
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Email Address: cpeer@hahnlaw.com
Phone: 216-621-0150

*[signature]*

AND

Nancy A. Valentine
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Email Address: navalentine@hahnlaw.com
Phone: 216-621-0150

10-27-2013
*Date*

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.

_____
*Printed Name and title, if any, of Bankruptcy Petition Preparer*

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

_____
*Address*

_____
*Signature of Preparer*

_____
*Date*

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.)

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

*[signature]*

*Signature of Authorized Individual*
Brian Kucia
*Printed Name of Authorized Individual*
**Vice President Finance and Operations**
*Title of Authorized Individual*
10/27/2013
*Date*

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Southern District of Ohio

In re    **Buckingham SRC, Inc.**    )    Case No_____

        **Debtor**                                  )

                                          )

                                          )    **Chapter 11**

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

Debtor operates a plant to process magnesium flux and magnesium chloride. The production process causes emissions of hydrochloric acid in vapor form. This vapor is entirely captured and scrubbed by company to allow clean air to be emitted into the atmosphere.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

Same response as #1 above.

In re

Buckingham SRC, Inc.,
Debtor.

Chapter: 11

Case No.

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Buckingham SRC, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

_10/27/2013_
Date

_[signature]_
Signature

**Brian Kucia**
Name

**Vice President Finance and Operations**
Title

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re __Buckingham SRC, Inc.__,  Case No. _____
                   **Debtor**  Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Westinghouse Electric Co., LLC<br>Carol Druis<br>P.O. Box 534774<br>Atlanta, GA 30353-4774 | Westinghouse Electric Co., LLC<br>Carol Druis<br>P.O. Box 534774<br>Atlanta, GA 30353-4774 | ACCOUNTS PAYABLE | | $233,307.96 |
| City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, OH 44114 | City of Cleveland Division of Water<br>1201 Lakeside Avenue<br>Cleveland, OH 44114<br><br>fx: 216-420-7785 | ACCOUNTS PAYABLE | Disputed | $112,782.40 |
| ATI Wah Chang<br>Treavor P. Krivoshein<br>P.O. Box 98048<br>Chicago, IL 60693 | ATI Wah Chang<br>Treavor P. Krivoshein<br>P.O. Box 98048<br>Chicago, IL 60693<br><br>ph: 541-967-6977<br>fx: 541-967-6994 | ACCOUNTS PAYABLE | | $37,753.00 |
| Cleveland Business Consultants LLC<br>526 Superior Avenue, East<br>Suite 1111<br>Cleveland, OH 44114 | Cleveland Business Consultants LLC<br>526 Superior Avenue, East<br>Suite 1111<br>Cleveland, OH 44114<br><br>ph: 216-781-5300<br>fx: 216-377-1130 | ACCOUNTS PAYABLE | | $23,760.00 |
| Mosaic Crop Nutrition, LLC<br>Thomas Svendsen<br>P.O. Box 535072<br>Lockbox #535072<br>Atlanta, GA 30353-5072 | Mosaic Crop Nutrition, LLC<br>Thomas Svendsen<br>P.O. Box 535072<br>Lockbox #535072<br>Atlanta, GA 30353-5072<br><br>ph: 763-577-2936<br>fx: 763-577-2969 | ACCOUNTS PAYABLE | | $33,957.00 |
| Illuminating Company<br>P.O. Box 3638<br>Akron, OH 44309-3638 | Illuminating Company<br>P.O. Box 3638<br>Akron, OH 44309-3638<br><br>ph: 800-589-3101<br>fx: 440-546-8666 | ACCOUNTS PAYABLE | | $21,310.00 |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re  Buckingham SRC, Inc.  ,  Case No. _____
              **Debtor**  Chapter  **11**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Independent Dispatch, Inc.<br>Sherry Calcagno<br>214 NE Middlefield Road<br>Portland, OR 97211 | Independent Dispatch, Inc.<br>Sherry Calcagno<br>214 NE Middlefield Road<br>Portland, OR 97211<br><br>ph: 503-285-4251<br>fx: 503-285-4035 | ACCOUNTS PAYABLE | | $21,080.00 |
| Norfolk Southern<br>William Clark<br>Loc. No. 00441<br>Cincinnati, OH 45264<br> brandi.hills@nscorp.com | Norfolk Southern<br>William Clark<br>Loc. No. 00441<br>Cincinnati, OH 45264<br> brandi.hills@nscorp.com<br>ph: 404-529-2209<br>fx: 404-589-6740<br>Em: brandi.hills@nscorp.com | ACCOUNTS PAYABLE | | $19,963.00 |
| Cargill Salt<br>John Meyers<br>P.O. Box 415927<br>Boston, MA 02241-5927<br> saltcentral@cargill.com8 | Cargill Salt<br>John Meyers<br>P.O. Box 415927<br>Boston, MA 02241-5927<br> saltcentral@cargill.com8<br>ph: 800-377-1017<br>fx: 800-377-1027<br>Em: saltcentral@cargill.com8 | ACCOUNTS PAYABLE | | $13,258.05 |
| Seaforth Mineral & Ore Co., Inc.<br>Holly<br>P.O. Box 71049<br>Cleveland, OH 44191 | Seaforth Mineral & Ore Co., Inc.<br>Holly<br>P.O. Box 71049<br>Cleveland, OH 44191<br><br>ph: 216-292-5820<br>fx: 216-292-1033 | ACCOUNTS PAYABLE | | $13,095.00 |
| Lowe Chemical Company<br>Marlene<br>8300 Baker Avenue<br>Cleveland, OH 44102-1989 | Lowe Chemical Company<br>Marlene<br>8300 Baker Avenue<br>Cleveland, OH 44102-1989<br><br>ph: 216-961-4222<br>fx: 216-961-4904 | ACCOUNTS PAYABLE | | $12,283.26 |
| COSE/Medical Mutual Health Program<br>P.O. Box 951922<br>Cleveland, OH 44193 | COSE/Medical Mutual Health Program<br>P.O. Box 951922<br>Cleveland, OH 44193<br><br>ph: 216-687-6257 | ACCOUNTS PAYABLE | | $12,180.00 |
| Grainger<br>Dept. 882287071<br>Palatine, IL 60038-0001<br> invoice@grainger.com | Grainger<br>Dept. 882287071<br>Palatine, IL 60038-0001<br> invoice@grainger.com<br>ph: 877-202-2594<br>Em: invoice@grainger.com | ACCOUNTS PAYABLE | | $10,115.00 |
| Quality Carriers, Inc.<br>4910 Paysphere Circle<br>Chicago, IL 60674-4910 | Quality Carriers, Inc.<br>4910 Paysphere Circle<br>Chicago, IL 60674-4910<br><br>ph: 800-282-2031 | ACCOUNTS PAYABLE | | $8,354.00 |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re __Buckingham SRC, Inc.__,  Case No. _____
         **Debtor**  Chapter __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| T.J. Snow Co., Inc.<br>P.O. Box 22847<br>Chattanooga, TN 37422<br>welders@tjsnow.com | T.J. Snow Co., Inc.<br>P.O. Box 22847<br>Chattanooga, TN 37422<br>welders@tjsnow.com<br>ph: 423-894-6234<br>fx: 423-892-3889<br>Em: welders@tjsnow.com | ACCOUNTS PAYABLE | | $8,140.00 |
| Greif<br>P.O. Box 88879<br>Chicago, IL 60695-1879 | Greif<br>P.O. Box 88879<br>Chicago, IL 60695-1879<br><br>ph: 740-657-6600<br>fx: 708-371-9552 | ACCOUNTS PAYABLE | | $6,882.74 |
| Graphite Sales, Inc.<br>16710 West Park Circle Dr.<br>Chagrin Falls, OH 44023 | Graphite Sales, Inc.<br>16710 West Park Circle Dr.<br>Chagrin Falls, OH 44023 | ACCOUNTS PAYABLE | | $6,243.00 |
| Airgas USA, LLC - Oregon<br>P.O. Box 7423<br>Pasadena, CA 91109-7423 | Airgas USA, LLC - Oregon<br>P.O. Box 7423<br>Pasadena, CA 91109-7423<br><br>ph: 360-944-4000 | ACCOUNTS PAYABLE | | $5,871.00 |
| Burton Mixer & Mfg., Inc.<br>504 E. Steel Street<br>St. Johns, MI 48879 | Burton Mixer & Mfg., Inc.<br>504 E. Steel Street<br>St. Johns, MI 48879<br><br>ph: 888-624-2143<br>fx: 989-224-3506 | ACCOUNTS PAYABLE | | $5,861.48 |
| EP Minerals<br>Sharon<br>P.O. Box 530422<br>Atlanta, GA 30353-0422 | EP Minerals<br>Sharon<br>P.O. Box 530422<br>Atlanta, GA 30353-0422<br><br>ph: 901-755-5666<br>fx: 901-757-0546 | ACCOUNTS PAYABLE | | $4,694.51 |

In re __Buckingham SRC, Inc.__  Case No._____
       Debtor                    (If known)

# DECLARATION REGARDING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 20 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Brian Kucia, the Vice President Finance and Operations of the Buckingham SRC, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __10/27/2013__                    Signature: __/s/ Brian Kucia__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re: __Buckingham SRC, Inc.__ ,  Case No. _____
           **Debtor**  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Kucia, Brian<br>2922 Elmer Drive<br>Brunswick, OH 44212 | EQUITY | 25.0000 | Common |
| Pignataro, Marcus<br>4613 Forest Brooke Court S.<br>Richfield, OH 44286 | EQUITY | 73.0000 | Common |
| SRC Equity, LLC<br>c/o Buckingham Capital New York, LLC, Managing Member<br>c/o Buckingham Capital Partners II, L.P.<br>950 Third Avenue, 19th Floor<br>New York, NY 10022 | EQUITY | 2,712.5000 | Common |
| Stelaris, LLC<br>277 Avenue C, Suite 10E<br>New York, NY 10009 | EQUITY | 25.0000 | Common |

In re __Buckingham SRC, Inc.__   Case No._____
             Debtor                                    (If known)

# DECLARATION CONCERNING DEBTOR'S EQUITY

## Equity Holder List

I, Brian Kucia the undersigned authorized officer of Buckingham SRC, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date: __10/27/2013__                                  Signature: _____

                                                      **Vice President Finance and Operations**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re: __Buckingham SRC, Inc.__ ,    Case No. _____
         **Debtor**    Chapter __11__

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of corporations that directly or indirectly own ten percent(10%) or more of any class of the above captioned debtor's equity interests or states that there are no entities to report:

| *Name and last know address or place of business of holder* | *Number of Shares or Securities* |
|---|---|
| SRC Equity, LLC<br>c/o Buckingham Capital New York, LLC, Managing Member<br>c/o Buckingham Capital Partners II, L.P.<br>950 Third Avenue, 19th Floor<br>New York, NY 10022 | 95% |