UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

---------------------------------------------------------- x
In re:                                                                : Chapter 11
                                                                       :
BUCKINGHAM SRC, INC.,                                : Case No. 13-17583
                                                                       :
                Debtor.                                 : Judge Jessica E. Price-Smith
                                                                       :
---------------------------------------------------------- x

## NOTICE OF AMENDMENTS TO ASSET PURCHASE AGREEMENT BY AND BETWEEN TRIANGLE CAPITAL CORPORATION AND BUCKINGHAM SRC, INC. DATED OCTOBER 31, 2013

PLEASE TAKE NOTICE OF THE FOLLOWING:

Buckingham SRC, Inc. ("SRC" or "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Case"), by and through its proposed undersigned counsel, hereby gives notice that Sections 7.7(b) and 11.7 of the *Asset Purchase Agreement by and Between Triangle Capital Corporation and Buckingham SRC, Inc. Dated October 31, 2013*[1] (the "Stalking-Horse APA") have been amended as set forth below.

Section 7.7(b) of the Stalking-Horse APA has been stricken in its entirety and now reads as follows: "obtain the Sale Procedures Order by **November 27, 2013**."

---

[1] The Stalking-Horse APA was filed as Exhibit A to the *Procedures for Solicitation and Selection of Highest and Best Qualified Bidder in Connection with Sale of Substantially All the Assets of Buckingham SRC, Inc.* which was filed as Exhibit 1 to the proposed *Order (a) Approving Bidding Procedures and Bidder Protection for Stalking-Horse Bidder; (b) Approving Form and Manner of Notice of Auction and Sale; (c) Approving Credit Bid Rights of Triangle Capital Corporation; (d) Approving Form and Manner of Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases; (e) Approving Sale of Substantially All of Debtor's Assets; and (f) Granting Related Relief* which was filed as Exhibit A to *Motion for Entry of Orders (a) Approving Bidding Procedures and Bidder Protection for Stalking-Horse Bidder; (b) Approving Form and Manner of Notice of Auction and Sale; (c) Approving Credit Bid Rights of Triangle Capital Corporation; (d) Approving Form and Manner of Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases; (e) Approving Sale of Substantially All of Debtor's Assets; and (f) Granting Related Relief* filed on October 31, 2013 [Docket No. 29].

Section 11.7 of the Stalking Horse APA has been stricken in its entirety and now reads as follows:

<u>Notice</u>.  All notices or other communications required or permitted hereunder shall be in writing and shall be delivered personally or sent by registered or certified mail, by reputable overnight delivery or courier or by facsimile transmission, addressed as follows:

| | |
|---|---|
| To Purchaser: | Triangle Capital Corporation<br>3700 Glenwood Avenue, Suite 530<br>Raleigh, North Carolina 27612<br>Attn:  Cary Norden |
| With a copy to: | Smith Anderson Blount Dorsett Mitchell & Jernigan, L.L.P<br>150 Fayetteville Street, 23rd Floor<br>Raleigh, North Carolina 27601<br>Telecopy No.:  (919) 821-6800<br>Attn:  Amos U. Priester, IV |
| To Seller: | Buckingham SRC, Inc<br>3425 Service Road<br>Cleveland, Ohio 44111<br>Telecopy No: (216)  941-6199<br>Attn:  CEO |
| With a copy to: | Buckingham SRC, Inc.<br>950 Third Avenue, 19th Floor<br>New York, New York 10022<br>Telecopy No.:  (212) 752-0505<br>Attn:  Shail Sheth |
| With a further copy to: | Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114-2316<br>Telecopy No.:  (216) 241-2824<br>Attn:  Robert A. Ross, Esq. |

and in any case at such other address as the advisee shall have specified by written notice.  Notice of change of address shall be effective only upon receipt thereof.  All such other notices and communications shall be deemed effective (a) if by personal delivery, upon receipt, (b) if by registered or certified mail, on the seventh (7th) Business Day after the date of mailing thereof, (c) if by reputable overnight delivery or courier, on the first (1st) Business Day after the date of mailing or (d) if by facsimile transmission, immediately upon receipt of a transmission confirmation, <u>provided</u>, that notice is sent on a Business Day between the hours of 9:00 a.m. and 5:00 p.m., recipient's time, but if not then upon the following Business Day.

Dated: November 1, 2013

Respectfully submitted by:

*/s/ Christopher W. Peer*
Nancy A. Valentine (0069503)
Christopher W. Peer (0076257)
Emily W. Ladky (0085527)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail: navalentine@hahnlaw.com
cpeer@hahnlaw.com
eladky@hahnlaw.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

*/s/ Gus Kallergis*
Gus Kallergis (OH 0071557)
CALFEE, HALTER & GRISWOLD LLP
1405 Easy Sixth Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
E-mail: gkallergis@calfee.com

*Counsel for Triangle Capital Corporation and Triangle Mezzanine Fund, LLP*